# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEAL PRESTON, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>Defendant. | Case No. 1:18-cv-01532<br><br>Honorable Judge Sara L. Ellis |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that NEAL PRESTON ("Plaintiff"), Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered on the docket in this action on September 4, 2018 (ECF No. 26), by the Honorable Sara L. Ellis, Judge of the United States District Court for the Northern District of Illinois, Eastern Division. This appeal includes, without limitation, the Order dismissing Plaintiff's individual Fair Debt Collection Practices Act Claims ("FDCPA") with prejudice and his class based FDCPA claim without Prejudice.

Dated: October 2, 2018.

Respectfully submitted,

*s/ James C. Vlahakis*
James C. Vlahakis
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
jvlahakis@sulaimanlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

Dated: October 2, 2018.

*s/ James C. Vlahakis*
James C, Vlahakis